IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MANUEL PEREZ | : | NO. 03-487-05 |

**FILED**
AUG 1 2 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>**ORDER**</u>

**AND NOW**, this 11th day of August, 2009, upon consideration of Defendant Manuel Perez's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" (Docket No. 578), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

_____
John R. Padova, J.

xc: MAIL(?)
M. PEREZ